DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KAREN KREUZKAMP (CABN 246151)
STEPHEN MEYER (CABN 263954)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    FAX: (415) 436-7234
    Karen.Kreuzkamp@usdoj.gov
    Stephen.Meyer@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 17-CR-0068 EJD |
| v. | GOVERNMENT'S SENTENCING MEMORANDUM |
| JOSE DAVID ABREGO-GALDAMEZ, | Sentencing Date: September 16, 2019<br>Time: 1:30 p.m. |
| Defendant. | |

The government respectfully submits this sentencing memorandum to request that the Court sentence defendant Jose David Abrego-Galdamez to 36 months of imprisonment, which should be imposed to run consecutively to the sentence imposed in 15-CR-00567 (BLF), followed by a three-year term of supervised release and a $100 special assessment. This

//
//
//
//

recommendation is consistent with the parties' plea agreement, which considered the unique litigation risks to both parties based on the prior plea agreement.

Dated:  September 9, 2019

                                            DAVID L. ANDERSON
                                            United States Attorney

                                                /s/
                                            STEPHEN MEYER
                                            KAREN KREUZKAMP
                                            Assistant United States Attorneys