UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** September 16, 2019   **Time:** 1:43,1:45-1:51 pm   **Judge:** Edward J. Davila
**Total Time:** 7 Mins.

**Case No.:** 17-cr-00068-EJD-5   **Case Name:** UNITED STATES v. Jose David Abrego-Galdamez(P)(C)(I)

**Attorney for Plaintiff:** Stephen Meyer
**Attorney for Defendant:** Peter Leeming

**Deputy Clerk:** Adriana M. Kratzmann   **Court Reporter:** Irene Rodriguez

**Interpreter:** Lupita Arce(Spanish)   **Probation Officer:** Kyle Pollak

### PROCEEDINGS - SENTENCING

Defendant is present and in-custody assisted by a Spanish interpreter.  Hearing held.
The Court sentenced the defendant as follows:
Defendant is hereby committed to the custody of the Bureau of Prisons (BOP) to be imprisoned for a term of 36 months.  This term consists of terms of 36 months on each of Cts. 1 and 2 of the Second Superseding Indictment (Dkt. 147 filed 8/16/2018) said term to be served concurrent to one another. The term of imprisonment imposed by this judgment shall run concurrently with the defendant's term of imprisonment in Docket 15cr00567-001-BLF, Northern District of California.
The Court imposes a 3-year term of supervised release.  Said term consists of 3 years on each of Cts. 1 and 2, said term shall run concurrently to one another if the defendant is not deported. The Court adopts the Probation Officer's recommendations for standard and special conditions (SEE JUDGMENT).
$200 Special Assessment Fee imposed due immediately; Fine waived;
Defendant is remanded to the custody of the BOP;
The Court makes the following recommendation to the BOP: that the defendant be designated to a facility as close to the San Jose, California are where the defendant's family resides.  The Court finds that family visitation enhances rehabilitation.
The Government orally requests that the Court dismiss the underlying Counts in the previous Indictment. The Court ordered those Indictments dismissed as to this defendant.

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
Courtroom Deputy
Original: Efiled
CC:

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter